FILED: June 2, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1303

(A204-158-030)

_____

MICHAEL ANTHONY OFILI, Beneficiary of a visa petition filed by Victoria Ngumaren Anderson

       Petitioner

v.

ERIC H. HOLDER, JR., Attorney General

       Respondent

_____

O R D E R

_____

The court grants the motion to suspend briefing and the deadline for filing a certified administrative record pending resolution of the motion to dismiss.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk